```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

CRIMINAL NO. 10-50067-002 and
        11-50001-001      USA v. JASON FEDELE

COURT PERSONNEL:           APPEARANCES:

Judge: JIMM LARRY HENDREN     Govt. KYRA JENNER

Clerk: GAIL GARNER            Deft. SHANNON BLATT

Reporter: THERESA SAWYER

### SENTENCING MINUTE SHEET

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation reports reviewed in open court.
- (X) Counsel for defendant withdraws objections 3, 4, and 5 in 10-50067-002 in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 in case no. 10-50067-002 - granted, 1 level.
- (X) Government moves for downward departure pursuant to 5K1.1 in case no. 11-50001-001 - granted, 1 level.
- (X) Court expresses final approval of plea agreements.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

Criminal Nos. 10-50067-002 and 11-50001-001

- (X) Court proceeded to impose sentence as follows:

    In 10-50067-002; 33 months imprisonment on each count, to run concurrently; 3 years supervised release on each count, to run concurrently; $4,000.00 fine imposed - interest waived.

    In 11-50001-001; 33 months imprisonment to run consecutive to term imposed in 10-50067-002; 3 years supervised release to run concurrently to term imposed in 10-50067-002; $5,000.00 fine - interest waived.

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant is ordered to comply with the following special conditions:

    Do not incur new debt or establish any bank or credit accounts without approval of USPO. Make financial information available to USPO upon request.

    Submit to substance abuse testing/treatment as directed by USPO.

- (X) Defendant ordered to pay total special assessment of $300.00 for counts 1 and 2 in 10-50067-002 and count 1 in 11-50001-001, which shall be due immediately.
- (X) Counts 3 and 4 in 10-50067-002 are dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant remanded to custody of the USMS.

DATE: JULY 6, 2011                    Proceeding began:  9:45 am

                                                  ended: 11:01 am